**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Nylla Goldstine,** | : Chapter 13 |
| Debtor | : Case No. 20-14768-mdc |
| | : |
| **Delaware County Tax Claim Bureau** | : |
| Movant | : |
| | : |
| vs. | : |
| | : |
| **Nylla Goldstine,** | : |
| Debtor/Respondent | : |
| | : |
| and | : |
| | : |
| **Kenneth E. West,** | : |
| Trustee | : |

**MOTION OF DELAWARE COUNTY TAX CLAIM BUREAU**
**FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 OF THE**
**UNITED STATES BANKRUPTCY CODE PURSUANT TO BANKRUPTCY**
**PROCEDURE RULE 4001**

Movant, the Delaware County Tax Claim Bureau, by and through its counsel Toscani, Stathes & Zoeller, LLC, hereby request a termination of the Automatic Stay and leave to sell certain property owned by debtor and respectfully avers as follows:

1. Movant, the Tax Claim Bureau of Delaware County is a County Agency responsible for collecting past due real estate taxes in Delaware County, Pennsylvania.

2. Debtor, Nylla Goldstine, is the owner of 916 Spruce Street, Darby, Delaware County, Pennsylvania, bearing folio no. 11-00-02681-00. ("subject premises").

3. Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on December 17, 2020.

4. Prior to filing the Petition, Debtor was delinquent with the real estate taxes on the subject premises for the tax years 2018-2020 in the amount of $18,065.89 plus interest. A true and correct copy of the Proof of Claim is attached hereto and made a part hereof as Exhibit "A".

5. After filing the Petition, Debtor became delinquent with the 2021 and 2022 real estate taxes due on the subject premises in the amount of $12,621.98 as of March 2023. A true and correct copy of the delinquent 2021 and 2022 real estate taxes due at the Delaware County Tax Claim Bureau are attached hereto, made a part hereof and collectively marked as Exhibit "B".

6. That Pennsylvania allows a tax claim bureau of a Second Class County to add nine percent (9%) interest on all delinquent real estate taxes turned over to the tax claim bureau for collection. The application of the interest charge is authorized by Section 306 of the Real Estate Tax Sale Law, Act 542 of 1947 as amended. Codified at 72 P.S. §5860.101, *et seq.*

7. That interest at the rate of nine percent (9%) will continue to accrue on the delinquent real estate tax balance until the taxes, fees and costs are paid in full.

8. The Delaware County Tax Claim Bureau is not adequately protected because the Debtor made no provision for the payment of the ongoing real estate taxes on the subject premises after the filing of the Petition. See Exhibit "B".

9. The Movant requests relief from Rule 4001 (a)(3) to sell the subject real estate in the next delinquent real estate tax sale.

**WHEREFORE**, the Delaware County Tax Claim Bureau respectfully requests this Honorable Court to enter an Order modifying the Automatic Stay with regard to the Delaware

County Tax Claim Bureau and 916 Spruce Street, Darby, Delaware County, Pennsylvania, bearing folio no. 11-00-02681-00 to allow the Delaware County Tax Claim Bureau to sell said real property at the next available County Tax Sale and that Rule 4001 (a)(3) is not applicable to the Delaware County Tax Claim Bureau.

                        Respectfully submitted:

                        **TOSCANI, STATHES & ZOELLER, LLC**

**Dated: June 30, 2023**        **BY:** __/s/ Stephen V. Bottiglieri____
                                          Stephen V. Bottiglieri, Esquire
                                          Attorney for Delaware County Tax Claim Bureau
                                          899 Cassatt Rd, Ste 320
                                          Berwyn, PA 19312
                                          P (610) 647-4901
                                          sbottiglieri@tszlegal.com